# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

GENE CAMARATA,

      Plaintiff/Counter Defendant,

  v.

MCDONALD'S CORPORATION,

      Defendant/Counter Claimant.

AMENDED JUDGMENT IN A CIVIL CASE

CASE NO. C19-6236JLR

___ **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

McDonald's motion for summary judgment (Dkt. # 41) is granted.  (*See* 3/23/21 Order (Dkt. # 48).)  The court orders Mr. Camarata to transfer the four domain names "mcd.us.com," "partnersmcd.com," "storesmcd.com," and "usstoresmcd.com" to McDonald's within ten (10) days.  The court further admonishes Mr. Camarata from registering any new McD domain names.

Filed this 11th day of May, 2021.


WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk